IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DEMETRIUS HILL

Plaintiff,

vs.                                              Docket No.: 08-CIV-5777 (PAC)

NEW YORK POST,
NEW YORKDAILY NEWS,
KATHIANNE BONIELO (POST REPORTER),
SUSAN EDELMAN (POSTREPORTER),
JAMES FANELLI (POST REPORTER),
JANA WINTER (POST REPORTER),
BRUCE FURMAN (POST REPORTER),
STEFANEIE COHEN (POST REPORTER),
JEANE MACINTOSH (POST REPORTER),
JOHN MARDULI (DAILY NEWS
STAFF WRITER), EDITORS OF DAILY NEWS,
EDITORS OF NEW YORK POST,
BOP INFORMANTS OF NEW YORK
POST AND DAILY NEWS,
JOHN DOE(S) AND JANE DOE(S)

Defendants.
_____/

**PRO SE OFFICE**

## NOTICE OF MOTION IN RESPONSE
## TO MOTION TO DISMISS

Please take notice that upon the annexed memorandum of law, affidavits, and exhibits filed herewith, and upon the complaint already filed, plaintiff will move this court for an order denying defendants' motion in its entirety. Furthermore, the plaintiff will move for appointment of counsel to aid and assist and/or represent plaintiff on the issues he has to respond to. His response is to both sets of defendants.

1.      Exhibit A is an affidavit from plaintiff's brother affirming that plaintiff will be living with him upon his release from prison.

2.      Exhibit B is an affidavit from plaintiff offering he will be domiciled in Delaware upon release.

3.      Exhibit C is a copy of complaint filed in this case.

4.      Exhibit D is a copy of numerous articles printed by the New York Daily News, New York Post and other news agencies that purportedly got the story from them and posted articles on the internet.

Respectfully submitted,



Demetrius Hill
Register No. 68133-053
FCI Talladega
P.O. Box 1000
Talladega, AL 35160

cc:    Anne B. Carroll, Daily News
       Deputy General Counsel
       Rachel F. Strom
       Counsel for New York Post, Hogan and Hartson, LLP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DEMETRIUS HILL
      Plaintiff,

vs.                           Docket No.:  08-CIV-5777
                                       (PAC)

NEW YORK POST, NEW YORK
DAILY NEWS, ET AL.,
      Defendants.
_____/

**OPPOSITION TO MOTION TO DISMISS**
**AND MEMORANDUM OF LAW**

    1.    The plaintiff relies on the "factual and procedural background"

instilled in defendants' memorandum of law.  Except those facts that differ in

his own memorandum of law. Plaintiff relies on 28 USC ⊥343 (1)(2)
inter alia

    2.    In the affidavit of Anne B. Carroll (December 8, 2009), January 6,

2010 (hereinafter Carroll affidavit) the defendant concedes the Daily News,

L.P. is a Delaware corporation and that they claim that their principal place

of business is located in New York, New York.  Exhibit D shows numerous

articles by the "Post," "Daily News," and other out of state agencies that got

their stories from defendants and posted them on the internet.

    3.    Plaintiff asserts that the Daily News is a multi-state business, as

it sells newspapers via subscription and internet nationally to hundreds of

buyers.  Evidence will prove that the Daily News sells its stories to

individuals and other businesses in the media industry for their use as well.

The Daily News allowed stories and news articles to be reprinted by other

interstate news agencies and thus is a business entity with the multi-state distribution and primarily does business via the internet with out-of-state individuals and businesses.

### POINT 1.   PLAINTIFF'S COMPLAINT CONFORMS TO FED. R. CIV. 8(a)(2) AND 8(f)

The defendants' heavy reliance on *Bell Atlantic v. Twombly*, 550 US 544 (2007) is misplaced as it relates to the instant complaint.

In *Ericson v. Pardus,* 127 S.Ct. 2197 (2007), the court stated:

> "The court of appeals departure from the liberal pleading standard set forth in Rule 8(a)(2) is even more pronounced in this particular case because petitioner has been proceeding from the litigation outset without counsel." A document filed pro se is to be liberally construed. <u>Estelle</u>, 429 US at 106, and a "pro se complaint however artfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers."

The *Ericson* decision was issued after *Bell Atlantic Corp.* and is cited by the Supreme Court. The defendants' arguments in the brief would demand plaintiff reach a higher pleading standard than is required by *Ericson* and established in *Haines v. Kerner,* 404 US 519 (1972), see *Philips v. Girdich,* 408 F.3d 124 (2nd Cir. 2005).   Moreover, the *Ericson* court held that in a complaint, specific facts are not necessary; the statement need only give the defendant fair notice of what the ... claim is and the grounds upon which it rests." *Id. Ericson.*   Plaintiff has done that in the complaint, by attributing specific articles to particular staff letters with specificity.   The complaint is enough to give the defendant fair notice of what the claim is and the grounds upon which it rests.   Moreover, Fed. Civ. P. 8(f) requires that "all

pleadings shall be so construed as to do substantial justice." Thus the complaint should have been deemed sufficient in all respects and defendants' motion denied in its entirety.

### POINT 2: PLAINTIFF HAS ADEQUATELY ALLEGED DIVERSITY OF CITIZENSHIP

The defendants the Daily News, L.P., seek to evade liability from various torts in violation of the plaintiff's statutory and constitutional rights, claiming there is no diversity of citizenship. This argument lacks merit and should be denied.

The plaintiff no longer lives in New York and has made his house in Delaware via his brother, that is where he will reside upon his release from prison. Moreover, pursuant to New York Civil Rights Law 79, plaintiff's civil rights are suspended during the term of incarceration, including the right to file suit, see New York Civ. R. law 79, making federal court the proper forum.

Nonetheless, the defendants are multi-state corporations, in essence, the defendants have newspapers and have subscriptions not only to New York but also to California, New Jersey, Pennsylvania, Kentucky, that plaintiff specifically knows of. Also, both the Daily News and the New York Post have internet subscribers who are national and international. More essential, it is that the specific articles in question (from both the Daily News and New York Post) were sold to subscribers nationally and provided to other news agencies who use them on a national level.

Plaintiff posits that pursuant to Title 28 USC Section 1391 applies as well as 28 USC Section 1331 in that the defendants violated interstate commerce, Via torts and constitution deprivations against the plaintiff.

The New York Post has a California distributer Mader News, Inc. and is incorporated under the laws of the state of Delaware (see Metcalf affidavit, NYP motion to dismiss) and distributes these papers in New York and various other states as alleged above.

The Daily News is incorporated under the laws of Delaware and sells to subscribers in various states including New York. Both corporations' "principal place of business" is not merely where they have offices or sell the most newspapers, rather it is wherever they have a clientele and a group of subscribers. See Title 28 USC Section 1332(1) "a corporation shall be deemed to be a citizen of any state by which it has been incorporated and of the state where it has its principal place of business." Establishing a distributorship in other states, as well as having regular subscribers in various states and internet subscribers nationally and internationally, any newspaper should expect to be held liable in any foreign state where their conduct has affected. See *Gordy v. Daily News L.P.,* 95 F.3d 829 (9th Circuit 1996) (a "foreign act with forum affects can confer jurisdiction over a defendant who has never physically entered the forum" where the "touchtone is where the defendant's conduct and connection with the foreign state such that he should reasonably anticipate being hailed into court there.")

4

Even if plaintiff is deemed a citizen of New York, diversity is complete since defendants' "primary place of business is a multi-state and jurisdiction has been found against these defendants in other forums." See *Gordy v. Daily News,* and *Cochran v. N.Y.P. Holdings, Inc.,* 58 F.Supp.2d 1113 (C.D. Circuit 1998) (purposeful availment may consist simply of "mailing to regular subscribers...even though few because that activity is not random or fortuitous and is not even necessarily isolated.") In sum, defendants' primary place of business is national, and therefore plaintiff may seek redress in any appropriate forum. In this case, New York because the defamatory statements, articles, statutory and constitutional violations had the greatest impact on plaintiff's previous domicile and community.

### POINT 3.  PLAINTIFF HAS ADEQUATELY STATED CLAIMS VIA 42 USC 1985, 1986 AND *BIVENS V. SIX UNKNOWN AGENTS,* 403 US 388 (1971)

Plaintiff at page 2, part 4 of the complaint alleges a conspiracy between BOP staff informants and New York Post and Daily News defendants, specifically plaintiff alleges that there was a "meeting of the minds" between the reporters and the BOP staff.  Furthermore, the plaintiff established that the BOP staff provided knowingly false information to said reporters, and said reporters used said information with the deliberate reckless disregard to the falsehood of said information.  (See part 4 in claim 3 of the complaint and claim 7).  Plaintiff was denied equal protection of the

laws as stated in the complaint in that he was subjected to gender and race

discrimination. Specifically, plaintiff states in claim 7 of the complaint,

> "In fact when an ~~MDC~~ MDC lieutenant had been arrested for sexually abusing a female prisoner, neither the Post or Daily News printed her name, published her picture or talked and printed articles about her past sexual relationship or any other particulars."

This is no more than sufficient to state a claim under 42 USC Section

1985, moreover it suffices to state a cause of action via *Bivens,* for a violation

of the Eighth, and Fifth Amendment of the U.S. Constitution.   In that,

defendants have failed to respond to the allegations in the complaint that the

BOP employees acted as informants and conspired with the Daily News and

New York Post ~~writers~~ writers providing them with intentionally false details

regarding the plaintiff. (See complaint at claim 3 and 7).  The defendants do

not respond nor challenge the liability under *Bivens. i.e.* their actions of

conspiring with the BOP employees who are subject to *Bivens'* jurisdiction, puts

their actions under such jurisdiction as well.   And the complaint clearly

makes out a *Bivens* complaint against said officers for violations of his

constitutional rights via the Fifth and Eighth Amendments.   See claim 4

where the plaintiff specifically stated what the BOP informants and New

York Post reporters did in collusion with one another, as stated in claim 3 of

the complaint "the Post reporters do not work in the BOP and could only

know the condition of plaintiff's suicide watch cell, if they had been told by

someone working on the inside." Cf. *Ericson* Defendants committed the over

acts by publishing repeated and numerous articles in its newspapers, on the internet, and allowing others to utilize said articles as well.

The plaintiff was denied equal protection of the law when he was subjected to racial discrimination, as stated in the complaint at claim 7. See *Philip v. University of Rochester*, 316 F.3d 291 (2nd Cir. 2003) and contrary to the Daily News, claimed ignorance, *e.g.* "and the Daily News is aware of no authority that being of such masculine sex qualifies an individual for protected status", at page 6 of the Daily News memo of law. Many District Courts have recognized gender discrimination as qualifying a person as within a protected class. The court in *Kaufman v. Maxim Health Care Services*, 2006 US Dist. Nexis, 47514 (E.D. N.Y. July 13, 2006) stated:

> "A broad reading of title VII's 'agreed person' language and corresponding language in Section 1981 and the NYHRL is consistent with the purpose and intent of the statutes. Moreover, there is certainly a public interest in preventing the continuation of racial and gender discrimination by broadly reading such language to include these claims."

See also *Brennan v. City of White Plains*, 67 F.Supp.2d 362 (gender discrimination); *Johnson v. Conn. Department of Corrections*, 382 F.Supp.2d 326 (2005); *Henderson v. GE*, 469 F.Supp.2d 2 (December 8, 2006). As asserted in the complaint, these newspapers engage in purposeful gender discrimination when they published petitioner's name, mental health history, alleged violent conduct in and out of prison, and alleged prior sexual relationships. Without knowing a specific section, plaintiff is certain he has a

right not to have his alleged mental health history revealed without his consent on a national level.

So although plaintiff's complaint may not reach the expertise of some attorneys, it is more than adequate for a personal litigant who is without resources. See *McEachin v. McGinnis*, 357 F.3d 197 (2nd Circuit 2004) ("The complaints of pro se must be interpreted as raising the strongest arguments they suggest"). Neither *Bell Atlantic Corp. v. Twombly,* 550 US 544 (2007) nor *Ascroff v. Igbal,* 129 F.Ct. 1937 (2009) overruled this principal.   The defendant's reliance on the *Peasis v. New York City Police Department,* (Docket No. 07-CV3904) 2008W.L.3876075 (Eastern District of New York (August 18, 2008)) is ridiculous and inapplicable because most of the complaint deemed untimely; and was based on an issuance of a single parking ticket. Jurisdiction is also found Pursuant 28 USC 1343 (4)(2)

With regard to defendants' memo of law part 4, page 10, plaintiff would request counsel be appointed.  Plaintiff is a federal prisoner and the law library does not provide any state statutes or case citations so that plaintiff has no ability to research and mount an accurate response to defendants' position.  Just from reading the defendants' brief, plaintiff is sure that their stance is not a correct interpretation of New York State law. Defendant has taken the position and claim that they are able to print whatever they deem newsworthy regardless of the voracity and there is no judicial redress as if they have impunity.  They cite a number of case on

which on the surface appear to support their position.  Plaintiff's having been involved in numerous litigation knows that there is always at least two positions to every one case ... the correct one and the one defendant such as these posit upon the courts ....  Thus, because of the complexity of the issues involved in plaintiff's inability to effectually respond to part 4 of defendants' memorandum of law, the plaintiff requested counsel be appointed so that there is no miscarriage of justice.  See *Hendricks v. Coughlin,* 114 F.3d 390 (2nd Cir. 1997).  Pursuant to Title 28 USC Section 1915(e)(1), plaintiff moves for an order appointing counsel to represent him in the issues raised in part 4 of the defendants' memorandum of law as plaintiff cannot respond affectively and plaintiff is unable to afford counsel.  A trial in this case would likely involve conflicting testimony, and counsel will better enable plaintiff to present evidence and cross-examine witnesses.  As stated above in the BOP, there are no state cases or statutes so that plaintiff has no ability to litigate and respond to defendants' arguments, so plaintiff will ask this Honorable Court to appoint counsel. Further, Plaintiff would request the court hold its decision in abeyance until the Supreme court decides Freind v. Hertz corp., (2008 c A 9 cal.) 297 Fed. Appx. 690 cert. gr. (us) 129 s.ct. 2766. The question Presented in said case addresses diversity of citizenship under 28 USC 1332, and whether a court may properly disregard nationwide corporations headquarters. Plaintiff would like to supplement his brief after said decision.

9

**WHEREFORE,** the plaintiff respectfully prays that this Honorable Court will grant the relief presented herein.

Done this __1__ day of ~~February~~ *April*, 2010.

Respectfully submitted,

*Demetrius Hill*

Demetrius Hill, 68133-053
FCI Talladega
PO Box 1000
Talladega, AL 35160

## CERTIFICATE OF SERVICE

I hereby do certify that a true and correct copy of this pleading was mailed to all the parties involved in this case.

Done this __1__ day of ~~February~~ *April*, 2010

Respectfully submitted,

*Demetrius Hill*

Demetrius Hill, 68133-053
FCI Talladega
PO Box 1000
Talladega, AL 35160

*Crystal Woods*

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 13, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DEMETRIUS HILL
     Plaintiff,

vs.                       Docket No.: 08-CIV-5777(PAC)

NEW YORK POST, NEW YORK
DAILY NEWS, ET AL.,
     Defendants.
_____/

### AFFIDAVIT IN SUPPORT

Demetrius Hill being duly sworn declares under penalty of perjury as follows:

1.    I am the plaintiff in the above-captioned case and I am fully familiar with the facts stated herein.

2.    My brother's name is Gerraud Hill; and his address is 108 Southeast Front Street, Milford, Delaware 19963. I will live at that address and will relocate to that state upon my release from prison.

3.    I have no current address or property in the state of New York.

4.    I no longer live in the state of New York as I am incarcerated in the state of Alabama and in custody of the Federal Bureau Prisons.

5.    I am classified by the Federal Bureau Prisons as a "maximum security" prisoner and can only be confined in U.S. penitentiaries and the Federal Bureau Prisons operates no maximum penitentiary in the state of New York.



6.    I have already begun to change my address with the Federal Bureau Prison officials to reflect the state of Delaware.

7.    I have no intentions of living in New York upon release and that is no longer my state of domicile.  And my brother Gerraud Hill has agreed to allow me to live with him in Delaware.

Sworn before me this 1st April day of 2010.

_Crystal Woods_

Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES:  July 13, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_Demetrius Hill_

Demetrius Hill, 68133-053
FCI Talladega
PO Box 1000
Talladega, AL 35160

2

Jan. 9, 2010

To whom it may concern,
My name is Gerraud D. Hill, I live at 108 S.E. Front st. Milford, De, 19963. My brother name is Demetrius Hill. After a brief discussion, my brother and I came to the conclusion that upon his release he will reside with myself and family at my current address.

GERRAUD HILL
108 S.E. FRONT ST
MILFORD, DE 19963

Sincerely,
Gerraud Hill
Jan. 9, 2010

Sworn to me this 20th day of January 2010

JACQUELINE T. MUNDY
NOTARY PUBLIC, State of NY
No. 01MU4976262
Qualified in Queens County
Commission Exp Jan. 14, 2011

5

New York Post, Friday, April 13, 2007    nypost.com

# 'BLOOD' LUST OF SEX SHRINK



**CELL MATE:** Magdalena Sanchez wrote a judge a letter (below) trying to cut the 85-year sentence of her alleged lover.

PARTY ZONE

**Dear Judge Hurley:**

I am writing on behalf of Demetrius Hill ...

When one considers everything Demetrius has faced in his mere 27 years of life, it is shocking that he is still alive and that he's not charged with more serious, heinous, and violent crimes than "robbing drug dealers with a BB gun" ...

In addition to this, Demetrius has friends like me who are willing to help and support him in the reintegration into society.

Respectfully,

**Magdalena Sanchez, Ph.D.**

## Scary jail gang-banger

### EXCLUSIVE

By JANA WINTER, BRUCE FURMAN, STEFANIE COHEN and JEANE MacINTOSH

The mystery inmate who had an jailhouse affair with a stunning prison shrink is a violent, abusive, twice-convicted felon who is a member of the Bloods gang, The Post has learned.

And psychologist Magdalena Sanchez kept her lover, Demetrius Hill, on suicide watch so they could have sex in private, a source close to the case said yesterday.

"She kept him on suicide watch so she could have exclusive access to him," the source said.

Sanchez, 35, was indicted last week for allegedly having cellblock romps with Hill, 28, between September 2005 and February 2006 and lying about it.

She is out on bail and living on the Upper West Side with her hubby, finance whiz Josh Spitz.

Court records reveal that just weeks before authorities discovered the illicit affair between Sanchez and Hill, she wrote a Brooklyn federal judge pleading that



**FLASHBACK:** How The Post told the story Saturday.

Hill be sprung from prison.

She was trying to convince Judge Denis Hurley — who was about to sentence Hill for robbery and gun possession — that the four years Hill served before his conviction were "punishment enough for his acts."

"It would be a shame for someone like Demetrius to [be] robbed of the opportunity to have a 'normal' life," Sanchez said in the March 20, 2006, letter.

Hill, who was facing 85 years, was sentenced only to 20 years, but not because of Sanchez's efforts. Court records reveal his lawyer managed to get Hurley to throw out many of the charges on jurisdictional grounds.

Hill was moved to a federal prison in West Virginia.

Hill was arrested in February 2002 and charged with robbing Nassau County drug dealers with a BB gun and a .25-caliber pistol.

Convicted in February 2005, Hill — who had previously done time for attempted robbery — was awaiting sentencing at the Metropolitan Detention Center in Brooklyn when he allegedly began his fling with Sanchez.

The pair could hook up easily because Hill was in a special "suicide cell," sources said.

"I saw her come in late at night. I know they were alone for many, many hours at a time; sometimes the whole night," recalled a retired officer, who said he was on duty when Sanchez made her house calls.

"She wore very tight, enticing clothes — like a tight, low-cut, short, red dress and very high heels that would click up and down the empty halls," he said. "She also wore pants so tight you can see what's in her pockets."

Several areas of the federal pen are camera-free, including the suicide cells, where Hill was sent after swallowing a razor blade in a purported attempt to kill himself, the ex-guard said.

While Hill was on suicide watch, he was put in a padded cell and stripped naked, with only a cover-up apron for clothing.

"They are watched 24 hours a day by a guard. But if a psychologist comes in — like Sanchez did — and says, 'I'd like to meet with my patient,' the guard has to go," the former guard said.

Court records describe Hill as a violent, uncontrollable inmate who throws feces and urine at guards.

"He was very violent — she tamed him," the ex-worker said.

Despite his proclivity for violence, Hill was regarded — even by prosecutors and his jailers — as extremely intelligent, court papers show. He represented himself during much of his robbery case, quoting Cicero and the Old Testament in his legal briefs.

Hill, described by a source as "charming enough to figure out how to seduce half the world," seems to have a thing for women who hold powerful prison positions, court records show.

Before Sanchez and between prison stints, he allegedly had an affair with a Nassau County correction officer, Cynthia Plummer, who allegedly provided the car for his robbery spree.

Like Sanchez, Plummer was indicted for lying about her relationship with Hill and it cost her a $70,000-a-year job. The charges were later dropped.

Plummer yesterday denied knowing Hill.

Hill's mother, Ruth Crumpton, said yesterday she was "not surprised" to hear her son had a relationship with Sanchez.

"He is a Romeo," she told The Post as she made dinner in her Elmont, L.I., home. "He's "a very manipulative young man."

*Additional reporting by John Mazor and Kieran Crowley*

jana.winter@nypost.com

# MY LITTLE TONY



**PHYSICAL THERAPY:** Ruth Crumpton (near right) says her inmate son Demetrius Hill (left) was probably making like therapy flirt Tony Soprano (above with TV shrink Jennifer Melfi) when he bedded foxy prison psychologist Magdalena Sanchez (far right).

Gregory P. Mango

N.Y. Post: Mary McLoughlin

## Shrink-sex son like Soprano, mom says

By KIERAN CROWLEY, JEANE MacINTOSH and STEFANIE COHEN

The mother of a Long Island lug who had a jailhouse affair ith his sexy, married shrink id the two are equally culpable r their antics — calling the ychologist a responsible adult d comparing her son to Tony prano.

'Remember the Sopranos — he es his psychiatrist," Ruth umpton told The Post from r Elmont home when asked out her son Demetrius Hill's st with prison shrink Magda- a Sanchez.

She should be more mature d responsible, but he too was arming," Crumpton said, but led her son a "manipulative angry young man.

tionship with this woman and manipulated her into doing whatever," she said.

That said, she holds no ill will toward Sanchez, 35, who made a disgraced departure from Brooklyn's Metropolitan Detention Center in February 2006, a month after her tryst with Hill, 28, ended.

"I hope her career won't be totally ruined," she said. "All I can say to her is to get past it. It's not all her fault, it's not all his fault. You have to be responsible for your behavior. She's an adult."

In a strange twist to the sordid tale, court records reveal that the affair would never have occurred if a federal judge followed the advice of MDC warden Paul Laird, who warned that Hill was a problem inmate during his first stint at the jail.

dent reports from January 2003 until he transferred to a facility in Lewsburg, Pa., in July 2005, are claims that he interfered with security devices, threatened bodily harm, indecently exposed himself, engaged in a sexual act, committed assault and displayed "insolence toward staff and disruptive conduct."

Hill "jeopardized the safety of the staff inmates and the overall running of the institution," the report said.

Hill argued that he was too far from his lawyer and was transferred a month later.

Aside from the affair, Hill was also accused of harassing a paralegal who refused to work with him.

Hill, who spent much of his time at MDC on suicide watch, comes from a troubled past that began when he was born to Crumpton, a

According to court records, he was placed in foster care and endured years of physical abuse "perpetrated by Mrs. Hill [Crumpton] and her various boyfriends."

He was raised in an environment of "pure destitution" in homes "infested with rats and roaches."

In a recent letter to Crumpton, Hill lamented about their strained relationship.

"I guess it could be said you were my first heartbreak," he said in a hand-written, two-page letter dated March 19, 2007.

"Although unbroken, I'm in constant pain. I hate these pigs, I hate this life. I'm consumed by hate," he wrote.

Sanchez remains free on $100,00 bail. Her next court date is May 9.

*Additional reporting by Jana Winter and Eric Lenkowitz*

*SEND RESENT ARTICLES —*
*I'm due to be transferred again*
*Soon!*

7/30 07 N.Y. Post 9
2007 WLNR 14539861

New York Post

Copyright 2006 The New York Post. All Rights Reserved

July 30, 2007

Section: News

ONE 'SHIFT'Y PRISONER - 'SEX TOY' JAILBIRD FLIES TO DIFFERENTCAGES

JEANE MacINTOSH

The convicted felon allegedly seduced by sexy New York jailhouse shrink Magdalena Sanchez likely hasn't had time to strike up another prison liaison - he's been sent to five federal pens in the past 14 weeks, The Post has learned.

Purported prison plaything **Demetrius Hill** , 28, has racked up thousands of air miles - and an estimated taxpayer-funded bill of tens of thousands of dollars for jail transfers - since The Post identified him in the wake of Sanchez's April 2 indictment on charges she had cellblock romps with Hill, then lied about the illicit trysts to authorities.

"I'd say it's unusual," observed a Bureau of Prisons source, when asked about Hill's federal frequent-flier status.

Noted another, "It seems excessive - what did this guy do, again?"

Hill, a reputed Bloods gang member doing 20 years on a drug and firearms conviction, was jailed at the Metropolitan Detention Center in Brooklyn in September 2005.

That's when, investigators said, he and Sanchez, 35, who worked for the federal Bureau of Prisons, began a "sexual affair" that culminated in her February 2006 resignation from the $70,000-a-year post.

By the time Sanchez, who is married to a wealthy Wall Street banker, was arrested in April 2007, Hill had been moved to the Hazelton penitentiary in West Virginia.

In May, he was transferred to the federal lockup in Oklahoma City and then on to Terre Haute, Ind., where he stayed several weeks.  By early July, Hill had been relocated to the pen in Atlanta. On July 18, he was transferred to the Big Sandy federal lockup, in Inez, Ky.

Before the Sanchez affair - which sources said occurred during off-hours visits

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

in Hill's solitary-confinement cell - Hill had been cited several times for dis-
ruptive and threatening behavior in jail.

But, according to a Bureau of Prisons source, bad behavior alone would not likely
account for Hill's recent whirlwind prison tour.

Citing Hill's privacy, bureau spokeswoman Felecia Ponce declined to comment on
the transfers.

Ponce said the bureau doesn't keep transfer statistics or figures on the costs of
moving inmates, and referred calls to the U.S. Marshals Service.

That agency moved 83,000 prisoners for the Bureau of Prisons last year. While it
doesn't tally the average overall cost of an inmate transfer, it does keep track
of transport costs.

In 2007, the cost - per hour, per inmate - ranged from $5,800 to $10,000, depend-
ing on the size of the plane.

---

On the move

Prison lothario **Demetrius Hill** has been racking up frequent-flier miles on the
taxpayers' dime since being transferred out of the federal lockup in Brooklyn.
Here are the federal penitentiaries where he's been shipped:

* U.S. Penitentiary Hazelton (Bruceton Mills, W.Va.); moved mid-April

* Oklahoma City Federal Transfer Center; moved early May

* USP Terre Haute (Indiana); moved late May

* USP Atlanta; moved late June

* USP Big Sandy (Inez, Ky.); moved mid-July

                   ---- INDEX REFERENCES ----

COMPANY: SHIFT; SANCHEZ

NEWS SUBJECT:  (Legal (1LE33); Judicial (1JU36); Prisons (1PR87))

REGION:  (USA (1US73); Americas (1AM92); Oklahoma (1OK58); Indiana (1IN12); North
America (1NO39); New York (1NE72))

Language:  EN

OTHER INDEXING:  (BUREAU OF PRISONS; FEDERAL BUREAU OF PRISONS; METROPOLITAN DE-
TENTION CENTER; POST; SANCHEZ; SHIFT; US MARSHALS SERVICE; USP)  (Bruceton Mills;
Citing Hill; Demetrius Hill; Felecia Ponce; Hill; Magdalena Sanchez; Sanchez)

          © 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# NEW YORK POST

# CASANOVA CON: I DIDN'T 'DO IT'

**By KATHIANNE BONIELLO**



CONTINENTAL.COM.
SOMETIMES IT'S GOOD
TO BE FAST AND EASY.

Make continental.com
your one-stop
travel center.

Continental Airlines

SEARCH FOR FLIGHTS

From:

To:

Depart:
MM/DD/YYYY

Return:
MM/DD/YYYY

GO

continental.com

*September 2, 2007* — The Don Juan con who allegedly carried on a jailhouse affair with his sultry prison shrink said she's "beautiful on the inside and the outside" - but they never had sex.

Demetrius Hill, in his first interview since the prison-sex scandal exploded in April, told The Post that Magdalena Sanchez was his confidante, defender and more than a friend - but never a lover.

"It's very rare that you find people that are beautiful on the inside and the outside," Hill, 28, said of the 35-year-old psychologist.

"I was facing 100 years [in prison] for robbing drug dealers," Hill said. "She helped me deal with a lot of things.

"A friend is something that's superficial," said Hill, describing his relationship with Sanchez as "beyond that."

But he maintained that their intimacy was never physical - and denied ratting her out to authorities.

"I never reported anything, of course not," he said. "I never would have."

Hill, speaking by phone from the Big Sandy penitentiary in Inez, Ky., said prosecutors trumped up federal charges that the married, Upper West Side beauty sexually abused him during an affair that began in Brooklyn's Metropolitan Detention Center in September 2005.

Sanchez resigned from her $70,000-a-year federal Bureau of Prisons gig in February 2006. She was charged in April 2007.

When informed by phone yesterday of her alleged lover's exonerating statements, Sanchez reacted with stunned silence. When pressed for comment, she said, "Thank you for telling me," and hung up.

Sources said Sanchez, often while wearing sexy clothes, would pay off-hour visits to Hill in a private suicide-watch holding area. Another source claimed to have witnessed Sanchez, during day visits, sitting in a chair next to Hill's cell door and whispering through the food slot.

Sanchez faces charges of sexual abuse of a ward in her custody and making false statements to federal agents. The case is due back in Brooklyn federal court Sept. 12.

Hill - who claims he is about to be transferred to his sixth federal prison since April 2, when The Post first identified him as the apparent object of Sanchez's affections - said prosecutors have no case.

"She did absolutely nothing wrong," he said. "Her only real crime was trying to befriend and help someone."

The U.S. Attorney's Office declined to comment, and Sanchez's attorney, Loretta Lynch, did not return calls for comment.

In March 2006, Sanchez wrote a letter to a Brooklyn federal judge about to sentence Hill for robbery and gun possession, saying he should be set free.

"It would be a shame for someone like Demetrius to [be] robbed of the opportunity to have a normal life," Sanchez wrote.

A reputed Bloods gang member serving 20 years on a drug and firearms conviction, Hill once threatened to kill his mother, Ruth Crumpton. In 2002, he falsely accused his younger brother of owning a gun cops found in their car in The Bronx.

*kathianne.boniello@ nypost.com*

**Home**

NEW YORK POST is a registered trademark of NYP Holdings, Inc. NYPOST.COM, NYPOSTONLINE.COM, and
NEWYORKPOST.COM
are trademarks of NYP Holdings, Inc.
Copyright 2007 NYP Holdings, Inc. All rights reserved.



Login    Register    FAQ    Memberlist    Search    Forum Index    Ignore

skepticalcommunity.com Forum Index » Politics & Social Issues » Civil rights violation in the big city. (ping lawyers)

View previous topic :: View next topic

Civil rights violation in the big city. (ping lawyers)

**Abdul Alhazred**
"If I turn in a sicko, will I get a reward?"



Joined: 07 Jun 2004
Posts: 21173
Location: Chicago

**Inmate who had sex with prison psychologist files civil rights suit - New York Daily News**

Emphasis added.

> **Quote:**
>
> **An inmate who had sex with a prison psychologist** is suing federal prosecutors for intercepting their phone chats, the Daily News has learned.
>
> Demetrius Hill, 29, contends that not only were his civil rights violated, but **someone might think he consented to the monitoring - which would make him a rat.**
>
> "To be known in [Hill's] community or in the prison system as has having worked as an informant, has proved fatal(!)" Hill wrote in the complaint scrawled in longhand from a federal prison, where he is serving a 20-year sentence on gun-related charges.
>
> The suit was filed in Long Island Federal Court - the same day ex-prison psychologist Magdalena Sanchez pleaded guilty this month in Brooklyn to lying about her sex romps with the inmate.
>
> Sanchez, 35, is married, has a Ph.D. and worked for the NYPD before landing a job with the Bureau of Prisons. She admitted she lied to investigators when she originally denied having sex with the inmate.
>
> **Prosecutors came up empty for DNA evidence at the scene** of the crime in Sanchez's office at the Metropolitan Detention Center in Brooklyn, but were ready to play jailhouse tapes of the sexy shrink having steamy telephone conversations with Hill, a reputed Bloods gang member.
>
> **Hill denies having sex with Sanchez.**

_____

**Yes! A _BIG_ REWARD! =====>>        Turn in a sicko NOW**

The lack of a rational explanation is not evidence for an irrational explanation.

# Inmate who had sex with prison psychologist files civil rights suit

BY JOHN MARZULLI
DAILY NEWS STAFF WRITER

An inmate who had sex with a prison psychologist is suing federal prosecutors for intercepting their phone chats, the Daily News has learned.

Demetrius Hill, 29, contends that not only were his civil rights violated, but someone might think he consented to the monitoring - which would make him a rat.

"To be known in [Hill's] community or in the prison system as has having worked as an informant, has proved fatal(!)" Hill wrote in the complaint scrawled in longhand from a federal prison, where he is serving a 20-year sentence on gun-related charges.

The suit was filed in Long Island Federal Court - the same day ex-prison psychologist Magdalena Sanchez pleaded guilty this month in Brooklyn to lying about her sex romps with the inmate.

Sanchez, 35, is married, has a Ph.D. and worked for the NYPD before landing a job with the Bureau of Prisons. She admitted she lied to investigators when she originally denied having sex with the inmate.

Prosecutors came up empty for DNA evidence at the scene of the crime in Sanchez's office at the Metropolitan Detention Center in Brooklyn, but were ready to play jailhouse tapes of the sexy shrink having steamy telephone conversations with Hill, a reputed Bloods gang member.

Hill denies having sex with Sanchez.

jmarzulli@nydailynews.com

## Discuss this Article

17 comments so far  Add your comment below!  [Discussion Guidelines]

To post comments: [ ] [ ] or [ ]

**Calico**                           Report Offensive Post
Hoboken Al– I hear & understand what you're saying, & I'm not too far from fully agreeing w/you b/c of this particular cretin but, prisoners DO have certain rights in addition to human rights (mostly dealing w/treatment & punishment). There's whole list of rights covered under a Fed law (can't remember right now). Prisons & jails ain't what was portrayed by Hollywood in the '30s, '40s, 50s & 60s; times change.

**james4280**                        Report Offensive Post
Upscale social work-charmer inmate sex. Nothing hotter. She's a bad girl. A very bad girl.

**monica s**                         Report Offensive Post
you see i always knew shrinks were crazy as ****. i think she needs a psychiatrist.

**monica s**                         Report Offensive Post
you see i always knew shrinks were crazy as ****. i think she needs a psychiatrist.

**tygarr13**                         Report Offensive Post
Sorry to disagree with you babydoll32720 but incidences of people in authority having relationships with inmates is not just due to a person being "weak," it is due to a fundamental personality defect or flaw apparent even in supposedly educated people. And for you to cite all of your experiences as a prison guard and then suggest that rockbeach should be able to find a good man is irrelevant to the topic, and proves that you don't have to be a doctoe or scientist to be a prison guard.

**Loaster**                          Report Offensive Post
This guy must be an idiot. Bad enough he's doing 20 for weapons related crimes. Now, after getting some while incarcerated he wants to dime the women out. I bet he'll be the target of all C.O.'s from now on. My advice people? STAY OUT OF JAIL!

**babydoll32720**                    Report Offensive Post
TO TYGARR13–PERHAPS YOU MISUNDERSTOOD–I WROTE THAT I HAVE A GOOD MAN–I AM BLESSED–LOOK I KNOW I HAVE BEEN DOING THIS FAR TOO LONG–THESE INMATES HAVE SEX WITH EACH OTHER W/O CONDOMS–I WOULD NEVER COULD NEVER PUT MYSELF IN THAT POSITION–WE DON'T LIKE TO BE CALLED PRISON GUARDS–I WENT TO SCHOOL FOR THIS IT IS CORRECTION OFFICER IF YOU DON'T MIND–I KEEP THE STREETS SAFE FOR YOU–REMEMBER THAT–PUBLIC SAFETY–I KEEP THEM IN SO YOU CAN SLEEP–

Digg        Del.icio.us    Newsvine
Reddit                     Stumble

### Related Articles          Related Topics

Sara Jane Olson lawyer: Parole board erred (again)
1 in 100 Americans serving jail or prison time, new report finds
Texas carries through 26th execution of year
New Jersey readies to ban death penalty
Appeals denied for 7 Mexicans in death row
Supreme Ct. rules against Mexican in death row


Tickets.NYDailyNews.com is your source for the best seats in the house
Click Here

**Most Read**     Most Discussed    Most Emailed

1. Katie Couric leaving CBS News?
2. Olympic Torch takes unexpected route to avoid protesters
3. Baby born with 2 faces worshiped as a goddess in Northern India
4. Bronx woman carries torch for Tibet
5. McCain to be latest candidate to court Mayor Bloomberg
6. More than 10 years later, Chelsea Clinton can't escape Monica Lewinsky
7. Elton John Radio City fund-raiser earns Hillary Clinton $2.5M
8. Running for president is running them ragged - candidates show wear 'n tear
9. The Full Monty for Obama?
10. American Airlines scuttles more than 1,000 flights; passengers stranded


CLICK HERE TO FIND OUT WHAT HAPPENED ON JENNIFER LOVE HEWITT'S PHOTO SHOOT.

RSS headlines
Newsletter Signup
Send your story tips
Place an ad

**tygarr13** Mar 18, 2008 3:34:17 PM        Report Offensive Post
To babydoll32720; 3 things: 1. Just as a rose by any other name is a rose, a
prison guard or jail guard is a prison guard or a jail guard, and you are what your
are. 2. You do not work as a prison or jail guard for me; I am not an inmate, nor
am I incarcerated. You do what you do in order to receive a regular paycheck
and benefits, to but food, pay rent, buy things for your family, pay taxes, so don't
get it twisted, you are not putting yourself on the line for me, I don't even know
you; besides, I think that you have confused prison guards with police officers or
law enforcement personnel. 3. I am an US Air Force Combat Veteran, raised in
some of the roughest areas or Brooklyn; if there is anything that you can do so I
can sleep, believe me you protecting or providing public safety for me is not one
of them.


**Aint_Haten_On_U_Yet** Mar 18, 2008 8:17:32 PM        Report Offensive
Post
ouch tygarr im feeling ur bite. the difference between a prison guard and a jail
guard is exactly what? sturdier batons! different ******* uniforms? i mean come
on and i to wonder who you are protecting us from the streets so we can sleep
at night. all the people you watch are already locked up and ur not the one who
locks them up. u only make sure they attempt to stay locked in their cells. and
not get out the prison walls. and furthermore babydoll u put urself in the post not
tygarr or calico i didnt read anything in any of their posts directed toward u.as
tygarr stated he doesnt even know u.and as for u being able to get a good man.
apparently the psych had a good man too a millionaire good man. that didnt stop
her from cheating with a inmate did it. and now hes being bychted out and of
course the tax payers should pay for it. HE LL 2 THE NO. if he should be suing
anyones it her. i shouldnt have to pay for nuts i didnt bust fugg that


**MDC_CO** Mar 19, 2008 12:08:55 AM        Report Offensive Post
But wait there's more. A 19 year veteran MR. Raines had sex with female
inmates a few months back, Mrs. Hunter from the R&D was having sex with a
cadre inmate and also thought it was a good idea to take photos of her private
area and send it to the same inmate. Daily news do your job we want to see
theese two on your front cover contact the PIO at MDC Brooklyn.


Click Here **to see all comments or to Report Abuse**

**ADS BY YAHOO!**

**Personal Injury and Criminal Defense**
Former Federal Prosecutor ready to help you. 860 232 3476.
*(www.lawyerlawfirm.com)*

**Refinance and Save $1,000S**
$150,000 Mortgage for $483/month. Compare up to 4 free quotes.
*(www.Lucernmortgage.com)*

**Refinance $300,000 for Only $965/Month**
$300,000 Mortgage for only $965/month. Save $1,000's – No obligation.
*(www.HomeLoanHelpLine.com)*

**Fed Cuts Interest Rates Again**
Mortgage Rates Hit 26 Month Lows. Calculate Your New Mortgage Payment.
*(www.LowerMyBills.com)*



  

Get the latest News, Sports and Gossip delivered to your home

Sign Up | Manage Account

# DAILY NEWS | NY Crime

REGISTER   LOGIN

HOME   AUTOS   REAL ESTATE   JOBS   CLASSIFIEDS   IN PRINT   TICKETS   CONTESTS

NEWS

NY CRIME   POLITICS   US/WORLD NEWS   HEADLINES/ARCHIVES   COLUMNISTS   BLOGS   PHOTOS

## I lied about jailhouse sex, says shrink

BY JOHN MARZULLI
DAILY NEWS STAFF WRITER

A former prison psychologist who had sex romps with an inmate she was supposed to be treating Friday pleaded guilty to lying about them.

Federal prosecutors were ready to play tapes of sexy shrink Magdalena Sanchez having steamy telephone conversations with reputed Bloods gang member Demeinus Hill about their sex sessions at the Metropolitan Detention Center in Brooklyn.

Sanchez, 35, copped to making a false statement, not the sexual abuse charge. She faces up to six months in jail.

"I was asked if I had a sexual relationship with the inmate and I said I had not, when in fact I had a sexual relationship with the inmate," she told Magistrate Ramon Reyes. "I knew I was not telling the truth."

Sanchez, who has a Ph.D. and worked for the NYPD before joining the Bureau of Prisons in 2005, is married to an investment banker and lives at Trump Place on the upper West Side. Her husband has not accompanied Sanchez to any court appearance since her arrest last April.

State Education Department records show that Sanchez's license to practice psychology has lapsed. She told the judge she is receiving "support therapy" from a doctor.

Hill, serving 20 years on gun-related charges, has sued the government on the grounds that he was sexually harassed by a male guard who demanded to be called "Peaches."

jmarzulli@nydailynews.com

### Discuss this Article

15 comments so far   Add your comment below!   [Discussion Guidelines]

To post comments, [Register] or [Log In]

**VeeBee**   Mar 8, 2008 3:47:08 AM
She's married to an investment banker and lives at Trump Place?! I guess some of you are sad and surprised that this woman is not a gang member, too. Who knows? Perhaps she is. I guess tenants at Trump Place are going to look at their neighbors differently in the future.
Report Offensive Post

**scoalstarz**   Mar 8, 2008 4:02:01 AM
Used to work for the NYPD that explains everything........those guys.....never sticklers for the rules. Badges? We don't need no stinkin' badges ( applies to Sean Bell case as well)
Report Offensive Post

**Supersonic**   Mar 8, 2008 4:48:01 AM
Her husband should have divorced her already. Remember there was a N.J. politician stated that Hispanic are promiscuous. If this is a part of Hispanic culture, I respect their culture then; but do it carefully. It with some sense of morality...so your name is not ending up in the Daily News. In the past a few days, all the crimes related to sex, rape and s o d o m y are almost committed by people who are coming from Hispanic origin. Just read the Daily News in the past a few days, and you will see what I mean. Nothing racial!
Report Offensive Post

**in my humble opinion**   Mar 8, 2008 6:08:55 AM
Report Offensive Post
supersonic is just jealous that he is not of a Hispanic background....therefore a sexual midget....lol....you belong in the same common sense therapy group as this psychologist....both of you have no clue....

**nycgrandma**   Mar 8, 2008 7:00:25 AM
Report Offensive Post
How sad that this educated woman stooped sooo low. She seem to have everything going for her and she carries on with an inmate. Nice job, husband with $$$, lays her head on in "trump place" WOW she must be missing a couple of marbles. HATS OFF to the hubby, who has NOT accompanied her to court.

Discuss   Print   Email
Digg   Delicious   Newsvine
Reddit   Furl   Stumble

▶ BUY
NEW YORK
Concert Tickets

Related Articles   Related Topics

Sara Jane Olson lawyer: Parole board erred (again)
1 in 100 Americans serving jail or prison time, new report finds
Texas carries through 26th execution of year
New Jersey poised to ban death penalty
Appeals denied for 7 Mexicans in death row
Supreme Ct. rules against Mexican in death row




Most Read   Most Discussed   Most Emailed

1. Katie Couric leaving CBS News?
2. Olympic Torch takes unexpected route to avoid protesters
3. Baby born with 2 faces worshiped as a goddess in Northern India
4. Bronx woman carries torch for Tibet
5. McCain to be latest candidate to court Mayor Bloomberg
6. More than 10 years later, Chelsea Clinton can't escape Monica Lewinsky
7. Elton John Radio City fund-raiser earns Hillary Clinton $2.5M
8. Running for president is running them ragged - candidates show wear 'n tear
9. The Full Monty for Obama?
10. American Airlines scuttles more than 1,000 flights; passengers stranded



valspar



Beauty and durability only nature can rival.

available at
LOWE'S

Get the latest Updates.

   Get the latest News, Sports and Gossip delivered to your home

Sign Up! | Manage Account

# DAILY⊕NEWS | NY Crime

REGISTER   LOGIN

HOME   AUTOS   REAL ESTATE   JOBS   CLASSIFIEDS   IN PRINT   TICKETS   CONTESTS



NEWS

NY CRIME   POLITICS   US/WORLD NEWS   HEADLINES/ARCHIVES   COLUMNISTS   BLOGS   PHOTOS

## Shrink accused of practicing sexual healing with gang inmate rejects deal

BY JOHN MARZULLI
DAILY NEWS STAFF WRITER

A sexy psychologist accused of having a jailhouse affair with a gang member strutted into court Friday in a miniskirt and go-go boots - and rejected a plea deal that would have avoided an embarrassing trial.

Magdalena Sanchez is charged with sexual abuse of the inmate and lying to federal investigators about the illicit affair that cost her a $70,000-a-year job at the Metropolitan Detention Center in Brooklyn.

Sanchez, 35, who is married to an investment banker and lives at posh Trump Place on the upper West Side, faces up to five years in jail and loss of her psychology license, if convicted.

The terms of the plea deal were not disclosed, but by rejecting it, Sanchez showed she thinks the feds can't prove she gave improper therapy to troubled 29-year-old Bloods gang member Demetrius Hill.

The government's evidence includes recorded telephone conversations between the alleged lovers and prison logs. DNA swabs taken from Sanchez's office furniture tested negative for bodily fluids, court records show.

Sanchez and her lawyer huddled with prosecutor Sarah Coyne for 20 minutes before asking Judge Allyne Ross to set a trial date. Defense lawyer Loretta Lynch declined comment.

Hill is serving a 20-year sentence in federal prison on gun-related charges. He has sued the Bureau of Prisons, claiming he was sexually harassed by a male guard who demanded to be called "Peaches."

**Discuss this Article**

6 comments so far  Add your comment below!  [Discussion Guidelines]

To post comments, [REGISTER] or [LOGIN]

**JACK-MAN** Dec 15, 2007 2:34:01 AM      Report Offensive Post
What's wrong with this picture ? As I see it , you have an over paid " **** " having sex with an " ape " like " bro " at the taxpayers expense . I don't mind anyone having a little fun but why am I being asked to pay for it ? You know , my beloved , younger , bald-headed brother who lives in Charleston recently called me and aske me how I liked being back in New York . I suppose if I was black wearing a handkerchief around my face and doing time in a Brooklyn jail , getting laid by the shrink , I would probably like it better .

**inmyopinion** Dec 15, 2007 4:33:49 PM      Report Offensive Post
she probably knows how to ***** the system .. And not psychologically ..money is power ..

**duffout2** Dec 16, 2007 1:46:35 AM      Report Offensive Post
Jack-Man, maybe you should move to Finland. That way you can be around people you feel comfortable around. It's ignorance like yours that makes me ashamed of being white.

**claibormes** Dec 17, 2007 12:51:14 AM      Report Offensive Post
jack-man: you are an *******. you are on the wrong discussion board. there has to be one that's dedictaed exclusively to racists... your comments will be appreciated more, there.

**Now You're Crazy** Dec 17, 2007 8:38:55 PM      Report Offensive Post
Jack-Man, are you really Rudee Julie Annie up here on the comment boards again? If so go back to your second cousin and start over again, you racist ******

**mike600** Dec 21, 2007 1:02:51 PM      Report Offensive Post

▶ BUY

NEW YORK Concert Tickets



Tickets.NYDailyNews.com is your source for the best seats in the house   Click Here



valspar

Beauty and durability only nature can rival.

available at
LOWES

Visit Valspar.com

Get the latest Updates.

# Jail workers not surprised by kiss-&-cell rap vs. shrink

BY KATHLEEN LUCADAMO and TINA MOORE
DAILY NEWS STAFF WRITERS

Posted Sunday, April 8th 2007, 4:00 AM

Co-workers of a jailhouse shrink charged with having sex with a federal prisoner in Brooklyn "were not surprised" by the allegations, an employee told the Daily News yesterday.

"It was apparent really quickly that things weren't working," said the employee of the Metropolitan Detention Center in Brooklyn.

The co-worker, who refused to identify herself, said she thought Magdalena Sanchez, 35, was "very intelligent" but that "people were not surprised" about the alleged affair.

"We were just surprised it took so long [for it to come out]," the woman said.

Sanchez, who lives in a posh Trump Place apartment and is married to a wealthy investment banker, has been charged with having sex with an inmate and lying to Justice Department investigators, court documents show.

"She falsely represented to a special agent ... that she had not had a sexual relationship with an inmate at the MDC," the court papers say.

The seductive shrink pleaded not guilty to charges and was released Friday on $100,000 bond. She faces up to five years in prison if convicted.

The illicit romp took place sometime between September 2005, when the beautiful psychologist began working at the federal prison, and February 2006, when she resigned, according to court papers.

It was not clear how the feds found out about the alleged affair, and authorities have not identified the inmate who had sex with the shrink.

Sanchez, who earned $70,000 a year at the jail, could not be reached yesterday for comment.

Her lawyer, former Brooklyn U.S. Attorney Loretta Lynch, did not return a call seeking comment.

klucadamo@nydailynews.com

Re: Civil rights violation in the big city. (ping lawyers)

**Luke T.**
Butcher Dancer



Joined: 07 Jun 2004
Posts: 14895
Location: Nowhere
near Pakistan

> **Abdul Alhazred wrote:**
> **Inmate who had sex with prison psychologist files civil rights suit** - New York
> Daily News
>
> > **Quote:**
> > Hill denies having sex with Sanchez.

From an article dated 10 days previous **to that one** *in the same paper written by the same reporter*:

> **Quote:**
> A former prison psychologist who had sex romps with an inmate she was supposed to be treating Friday pleaded guilty to lying about them.
>
> Federal prosecutors were ready to play tapes of sexy shrink Magdalena Sanchez having steamy telephone conversations with reputed Bloods gang member Demetrius Hill about their sex sessions at the Metropolitan Detention Center in Brooklyn.
>
> Sanchez, 35, copped to making a false statement, not the sexual abuse charge. She faces up to six months in jail.
>
> "I was asked if I had a sexual relationship with the inmate and I said I had not, when in fact I had a sexual relationship with the inmate," she told Magistrate Ramon Reyes. "I knew I was not telling the truth."

> **Abdul Alhazred wrote:**
> **Inmate who had sex with prison psychologist files civil rights suit** - New York
> Daily News
>
> > **Quote:**
> > An inmate who had sex with a prison psychologist is suing federal prosecutors for intercepting their phone chats, the Daily News has learned.

From the ten day old article:

> **Quote:**
> Hill, serving 20 years on gun-related charges, has sued the government on the grounds that he was sexually harassed by a male guard who demanded to be called "Peaches."





"It seems you don't believe how your enviroment of smells affects for a young ones.how many young girl are are in just
Involved in porn industry just because of lack of natural smells" - pillory (7/13/02)

**Luke T.**
Butcher Dancer



Joined: 07 Jun 2004
Posts: 14895
Location: Nowhere
near Pakistan

> **Quote:**
> A sexy psychologist accused of having a jailhouse affair with a gang member strutted
> into court Friday in a miniskirt and go-go boots - and rejected a plea deal that would
> have avoided an embarrassing trial.
>
> Magdalena Sanchez is charged with sexual abuse of the inmate and lying to federal
> investigators about the illicit affair that cost her a $70,000-a-year job at the
> Metropolitan Detention Center in Brooklyn.
>
> Sanchez, 35, who is married to an investment banker and lives at posh Trump Place on
> the upper West Side, faces up to five years in jail and loss of her psychology license, if
> convicted.
>
> The terms of the plea deal were not disclosed, but by rejecting it, Sanchez showed she
> thinks the feds can't prove she gave improper therapy to troubled 29-year-old Bloods
> gang member Demetrius Hill.

She says it was consensual, not abuse.

"It seems you don't believe how your enviroment of smells affects for a young ones.how many young girl are are in just
Involved in porn industry just because of lack of natural smells" - pillory (7/13/02)





**DrMatt**
Music doesn't melt in
your ear, it explodes in
your brain

Can't really tell from the photo--might be cute

Joined: 16 Jul 2004
Posts: 11600
Location: Location:
Location!


Music: Splendor in Sound



Oh, and Bruce, I am much chagrined to see I have been completely replaced by Eos in
your sig. I...I thought I meant something to you. --SamanthaMc



**Luke T.**
Butcher Dancer

Joined: 07 Jun 2004
Posts: 14895
Location: Nowhere
near Pakistan

> DrMatt wrote:
> Can't really tell from the photo--might be cute

To a convict, she's Salma Hayek.

"It seems you don't believe how your enviroment of smells affects for a young ones.how many young girl are in just
involved in porn industry just because of lack of natural smells" - pillory (7/13/02)

> Civil rights violation in the big city. (ping lawyers)

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **cannot** attach files in this forum
You **cannot** download files in this forum

All times are GMT
Page 1 of 1

All Posts    Oldest First    Go          Politics & Social Issues                    Go

Hopefully - in another court getting divorce papers.



**Calico** ·························            Report Offensive Post
scoalstarz - (great phrase from "Blazing Saddles")

**pnobronx** ··················· ···      Report Offensive Post
Good Di ck over lots of money what should a girl do...This just shows all men
one thing. You can work your A s s off to bring in that good good pay check but if
your third leg doesn't swing right it will not matter how much you can provide the
home,and those shopping sprees women want that Hard still up in them and if
hubby isn't doing it right, they will go else where to find it.

**MDC_CO** ··············· ·············      Report Offensive Post
Don't worry we have two more that where fired recently at mdc brooklyn. Shes
not the only one. A 19 year veteran had sex with a female inmate a few months
back and was fired. A female employee who worked in the recieving unit wrote
letters and took pictures of her "private areas" along with having sex with a cadre
inmate. As recent as 1 week ago a emt at the prison was bringing in perfume to
female inmates. Daily news do your homework and lets make examples of the
three people. Counselor Raines, Officer Hunter R+D, and Emt Solano. Thanks

**jspe** ···················· ············      Report Offensive Post
its obvious that money has nothing to do with happiness or commitment or
anything.there is something deficient in her life if she had to have sex with an
inmate or she could have a control complex. the whole thrill of doing the
unforbidden, the unlawful.it was all about the thrill for her.too bad she be joining
her little lover behind bars

**Kibbles** ··················· ···········      Report Offensive Post
Yep, Scoastarz, the NYPD has no standards. Once I saw NYPD, I knew it was
all over. The stink of the pig farm reaches even beyond badges. Corrupt filth, the
lot of them!

**Click Here to see all comments or to Report Abuse**

**ADS BY YAHOO!**

accept death row
100,000 Stores. Deals. Reviews. accept death row & More.
[shopping.yahoo.com]

killers on death row
Compare Prices On Movies & Music Find killers on death row At Low Prices.
[shopping.yahoo.com]

Refinance and Save $1,000S
$150,000 Mortgage for $483/month. Compare up to 4 free quotes.
[www.pickamortgage.com]

Biker Planet
Find Local Single Bikers, Browse Photo Profiles, Chat,..Sign Up FREE.
[www.bikerplanet.com]



RSS headlines

Newsletter Signup

Send your story tips

Place an ad

*New Nation News Reporters Newsroom*

NNN Reporters Newsroom > News links for NNN Editor > Dark Crime - U.S.A. > "It takes a village" - Afro-american family values
    **Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**

| User Name | User Name | ☐ Remember Me? |
|---|---|---|
| Password | | [ Log in ] |

---

**"It takes a village" - Afro-american family values** Including classics such as "Is you seen my mammy? ", "Dare go da welfare check" and "12 Recipes for ghetto lobster"

---

**Johnny99** ○
**Junior News Editor**

Join Date: Mar 2007
Location: Bucks County PA
Posts: 1,068

**Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**



SCARY JAIL GANG-BANGER                    'SEX SHRINK

CHILLY: Prison sex shrink Magdalena Sanchez and cuckolded hubby Josh Spitz are not so lovey-dovey as the run errands yesterday.
By JANA WINTER, BRUCE FURMAN, STEFANIE COHEN and JEANE MacINTOSH
April 13, 2007 -- The mystery inmate who had a jailhouse affair with a stunning prison shrink is a violent, abusive, twice-convicted felon who is a member of the Bloods gang, The Post has learned

And psychologist Magdalena Sanchez kept her lover, Demetrius Hill, on suicide watch so they could have sex in private whenever she wanted, a source close to the case said yesterday.

"She kept him on suicide watch so she could have exclusive access to him," the source said.

Sanchez, 35, was indicted last week for allegedly having cellblock romps with Hill, 28, between September 2005 and February 2006 and lying about it.

She is out on bail and living on the Upper West Side with her hubby, finance whiz Josh Spitz.

Court records reveal that just weeks before authorities discovered the illicit affair between Sanchez and Hill, she wrote a Brooklyn federal judge pleading that Hill be sprung from prison.

She was trying to convince Judge Denis Hurley - who was about to sentence Hill for robbery and gun possession - that the four years Hill served before his conviction were "punishment enough for his acts."

"It would be a shame for someone like Demetrius to [be] robbed of the opportunity to have a 'normal' life," Sanchez said in the March 20, 2006, letter.

Hill, who was facing 85 years, was sentenced only to 20 years, but not because of Sanchez's efforts. Court records reveal his lawyer managed to get Hurley to throw out many of the charges on jurisdictional grounds.

Hill was moved to a federal prison in West Virginia.

He was arrested in February 2002 and charged with robbing Nassau County drug dealers with a BB gun and a .25-caliber pistol.

Convicted in February 2005, Hill - who had previously done time for attempted robbery - was awaiting sentencing at the Metropolitan Detention Center in Brooklyn when he allegedly began his fling with Sanchez.

The pair could hook up easily because Hill was in a special "suicide cell," sources said.

"I saw her come in late at night. I know they were alone for many, many hours at a time, sometimes the whole night," recalled a retired officer, who said he was on duty when Sanchez made her house calls "She wore very tight, enticing clothes - like a tight, low-cut, short, red dress and very high heels that would click up and down the empty halls," he said. "She also wore pants so tight you can see what's in her pockets."
Several areas of the federal pen are camera-free, including the suicide cells, where Hill was sent after swallowing a razor blade in a purported attempt to kill himself, the ex-guard said.

While Hill was on suicide watch, he was put in a padded cell and stripped naked, with only a cover-up apron for clothing.

"They are watched 24 hours a day by a guard. But if a psychologist comes in - like Sanchez did - and says, 'I'd like to meet with my patient,' the guard has to go," the former guard said.

Court records describe Hill as a violent, uncontrollable inmate who throws feces and urine at guards.
"He was very violent - she tamed him," the ex-worker said.

Despite his proclivity for violence, Hill was regarded - even by prosecutors and his jailers - as extremely intelligent, court papers show. He represented himself during much of his robbery case, quoting Cicero and the Old Testament in his legal briefs.

Hill, described by a source as "charming enough to figure out how to seduce half the world," seems to have a thing for women who hold powerful prison positions, court records show.

Before Sanchez and between prison stints, he allegedly had an affair with a Nassau County correction officer, Cynthia Plummer, who allegedly provided the car for his robbery spree. Like Sanchez, Plummer was indicted for lying about her relationship with Hill and it cost her a $70,000-a-year job. The charges were later dropped.

Plummer yesterday denied knowing Hill.

Hill's mother, Ruth Crumpton, said yesterday she was "not surprised" to hear her son had a relationship with Sanchez.

"He is a Romeo," she told The Post as she made dinner in her Elmont, L.I., home. "He's "a very manipulative young man." Meanwhile, new details emerged about the inmate Sanchez allegedly seduced.

Demetrius Hill, 28, once threatened to kill his mother after she ratted on him, The Post has learned.

His mother, Ruth Crumpton, 45, told The Post that in 2002 she informed police Hill had falsely accused his younger brother of owning a gun that cops had found in their car in The Bronx. She told cops the gun was Hill's.

Crumpton, at her Elmont, L.I., home Friday, said Hill then called her, warning: "You thought you were going to get away with that, huh?' I'm going to blow your f-ing head off."

She got a three-year order of protection against him. But two weeks later, she offered to put up her home to get Hill out on bail on the gun charge.

"I will never not love him, but I will not tolerate his foolishness," Crumpton told The Post.

"Among the Romans emancipation required but one effort. The slave, when made free, might mix with, without staining the blood of his master. But with us a second is necessary, unknown to history. When freed, *he is to be removed beyond the reach of mixture*." --Thomas Jefferson: Notes on Virginia Q.XIV, 1782. ME 2:201 "I'll tell you what the coloreds want, a tight pu--y, loose shoes, and a warm place to s--t". Earl Butz, Sec. of Agriculture, 1976.

---



**Johnny99** ☺
Junior News Editor

Join Date: Mar 2007
Location: Bucks County PA
Posts: 1,068

**Re: Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**

MY LITTLE TONY
SHRINK-SEX SON LIKE SOPRANO, MOM SAYS
By KIERAN CROWLEY, JEANE MacINTOSH and STEFANIE COHEN
Foxy prison psychologist Magdalena Sanchez.
April 14, 2007 -- The mother of a Long Island thug who had a jailhouse affair with his sexy, married shrink said the two are equally culpable for their antics - calling the psychologist a responsible adult and comparing her son to Tony Soprano.

"Remember the Sopranos - he loves his psychiatrist," Ruth Crumpton told The Post from her Elmont home when asked about her son Demetrius Hill's tryst with prison shrink Magdalena Sanchez.

"She should be more mature and responsible, but he too was charming," Crumpton said, but called her son a "manipulative . . . angry young man.

"I can believe he had a relationship with this woman and manipulated her into doing whatever," she said.

That said, she holds no ill will toward Sanchez, 35, who made a disgraced departure from Brooklyn's Metropolitan Detention Center in February 2006, a month after her tryst with Hill, 28, ended.

"I hope her career won't be totally ruined," she said. "All I can say to her is to get past it. It's not all her fault, it's not all his fault. You have to be responsible for your behavior. She's an adult."

In a strange twist to the sordid tale, court records reveal that the affair would never have occurred if a federal judge followed the advice of MDC warden Paul Laird, who warned that Hill was a problem inmate during his first stint at the jail.

Included among Hill's 20 incident reports from January 2003 until he transferred to a facility in Lewsburg, Pa., in July 2005, are claims that he interfered with security devices, threatened bodily harm, indecently exposed himself, engaged in a sexual act, committed assault and displayed "insolence toward staff and disruptive conduct."

Hill, in or out of jail.
Hill "jeopardized the safety of the staff inmates and the overall running of the institution," the report said.

Hill argued that he was too far from his lawyer and was transferred a month later.

Aside from the affair, Hill was also accused of harassing a paralegal who refused to work with him.

Hill, who spent much of his time at MDC on suicide watch, comes from a troubled past that began when he was born to Crumpton, a 16-year-old runaway.

According to court records, he was placed in foster care and endured years of physical abuse "perpetrated by Mrs. Hill [Crumpton] and her various boyfriends."

He was raised in an environment of "pure destitution" in homes "infested with rats and roaches."

In a recent letter to Crumpton, Hill lamented about their strained relationship.

"I guess it could be said you were my first heartbreak," he said in a hand-written, two-page letter dated March 19, 2007.

"Although unbroken, I'm in constant pain. I hate these pigs, I hate this life. I'm consumed by hate," he wrote. ... ... ...
... ... ... ... ... ... ... ...

---

"Among the Romans emancipation required but one effort. The slave, when made free, might mix with, without staining the blood of his master. But with us a second is necessary, unknown to history. When freed, *he is to be removed beyond the reach of mixture*." --Thomas Jefferson: Notes on Virginia Q.XIV, 1782. ME 2:201 "I'll tell you what the coloreds want, a tight pu--y, loose shoes, and a warm place to s--t". Earl Butz, Sec. of Agriculture, 1976.

---



Join Date: Oct 2005
Location: Mexican-Occupied Los Angeles
Posts: 992

Dr William Pierce ○
Clark Kent Club

**Re: Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**

I see nothing in this article about this "man" Josh Spitz dumping his Nigger-f*cking whore.

---



Join Date: Mar 2007
Location: Bucks County PA
Posts: 1,068

Johnny99 ○
Junior News Editor

**Re: Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**

http://www.newnation.vg/forums/newre...ote=1&p=200515 **April 16, 2007** -- The psychologist who allegedly had a jailhouse fling with a "manipulative" young gang-banger argued in her doctoral thesis that Hispanic women traditionally are "submissive" to men - and that should change.

Magdalena Sanchez, a psychology graduate of the New School for Social Research, said in her 2003 dissertation that "fundamental changes in sex role stereotypes are necessary if Hispanic women's vulnerability to depression is to be reduced."

The paper, titled "Latinas' Experience with Depression," says, "historically, the roles of Latinas have been of self-sacrificing wives and mothers, and of subordination to men."

Sanchez's alleged boy toy, federal inmate Demetrius Hill, has a history of seducing women with powerful roles in prison.

Before meeting up with Sanchez, the Bloods gang member allegedly had an affair with a Nassau County correction officer.

Hill's mother has told The Post her son is a "manipulative, angry man" who once threatened to kill her.

That history of violence didn't keep Sanchez from having a five-month affair with Hill, authorities charged. She even wrote a glowing letter on behalf of her lover, recommending he be freed.

Sanchez was arrested and remains free on $100,000 bail.

The jailhouse shrink argued in her dissertation that, "Latinas are expected to show they care for their significant others . . . by putting others' needs before their own."

She said this self-subordination causes depression.

So far, the alleged affair apparently hasn't destroyed her marriage to Wall Street whiz Joshua Spitz.

The couple spent the weekend together in the city, and they continue to share their Upper West Side apartment in Trump Place.

And she appears to be placing the same value on marriage that she mentions in the thesis.

"These values are imposed by traditional Latino society (patriarchal) and the Catholic Church," she wrote, "and describe the Latina as self-sacrificing, virginal, respectful and dutiful following the model of the Virgin Mary."

---

"Among the Romans emancipation required but one effort. The slave, when made free, might mix with, without staining the blood of his master. But with us a second is necessary, unknown to history. When freed, *he is to be removed beyond the reach of mixture.*" --Thomas Jefferson: Notes on Virginia Q.XIV, 1782. ME 2:201 "I'll tell you what the coloreds want, a tight pu--y, loose shoes, and a warm place to s--t". Earl Butz, Sec. of Agriculture, 1976.

---

Join Date: Mar 2007
Posts: 1,385



LaKooneshia :)
Clark Kent Club

|__ Re: Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon

### Dr. Puta Refuses Plea Bargain - Will Face Jury Trial



A sexy psychologist accused of having a jailhouse affair with a gang member strutted into court Friday in a miniskirt and go-go boots - and rejected a plea deal that would have avoided an embarrassing trial.

Magdalena Sanchez is charged with sexual abuse of the inmate and lying to federal investigators about the illicit affair that cost her a $70,000-a-year job at the Metropolitan Detention Center in Brooklyn.

Sanchez, 35, who is married to an investment banker and lives at posh Trump Place on the upper West Side, faces up to five years in jail and loss of her psychology license, if convicted.

The terms of the plea deal were not disclosed, but by rejecting it, Sanchez showed she thinks the feds can't prove she gave improper therapy to troubled 29-year-old Bloods gang member Demetrius Hill.

The government's evidence includes recorded telephone conversations between the alleged lovers and prison logs. DNA swabs taken from Sanchez's office furniture tested negative for bodily fluids, court records show.

Sanchez and her lawyer huddled with prosecutor Sarah Coyne for 20 minutes before asking Judge Allyne Ross to set a trial date. Defense lawyer Loretta Lynch declined comment.

Hill is serving a 20-year sentence in federal prison on gun-related charges. He has sued the Bureau of Prisons, claiming he was sexually harassed by a male guard who demanded to be called "Peaches."

---



The Bobster :) .
News Editor

Join Date: Jan 2004
Posts: 9,437

|__ Jail shrink says OK to con-sex trial

http://www.nydailynews.com/news/ny_c...x_trial-3.html

**Jail shrink says OK to con-sex trial**

BY JOHN MARZULLI

DAILY NEWS STAFF WRITER

Saturday, December 15th 2007, 4:00 AM



Magdalena Sanchez

A sexy psychologist accused of having a jailhouse affair with a gang member strutted into court Friday in a miniskirt and go-go boots - and rejected a plea deal that would have avoided an embarrassing trial.

**Magdalena Sanchez** is charged with sexual abuse of the inmate and lying to federal investigators about the illicit affair that cost her a $70,000-a-year job at the Metropolitan Detention Center in Brooklyn.

Sanchez, 35, who is married to an investment banker and lives at posh Trump Place on the upper West Side, faces up to five years in jail and loss of her psychology license, if convicted.

The terms of the plea deal were not disclosed, but by rejecting it, Sanchez showed she thinks the feds can't prove she gave improper therapy to troubled 29-year-old Bloods gang member **Demetrius Hill**. 

The government's evidence includes recorded telephone conversations between the alleged lovers and prison logs. DNA swabs taken from Sanchez's office furniture tested negative for bodily fluids, court records show.

Sanchez and her lawyer huddled with prosecutor Sarah Coyne for 20 minutes before asking Judge Allyne Ross to set a trial date. Defense lawyer Loretta Lynch declined comment.

Hill is serving a 20-year sentence in federal prison on gun-related charges. He has sued the Bureau of Prisons, claiming he was sexually harassed by a male guard who demanded to be called "Peaches."

_____

Those who find the truth hateful just hate hearing the truth.

A mind is a terrible thing to waste.....on a nigger.

If you're not catching flak, you're not over the target.

---



awyattmann
**Mean White Man Club**

Join Date: Mar 2004
Posts: 316

⎩ **Re: Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**

Spitz -- isn't that a j*w name? TNB, TJB, TSB all in one tale!

_____

"We of the South have never recognized the right of the negro to govern white men, and we never will. We have never believed him to be the equal of the white man, and we will not submit to his gratifying his lust on our wives and daughters without lynching him."

"Pitchfork" Ben Tillman





### The Bobster ⊃
**News Editor**

Join Date: Jan 2004
Posts: 9,437

**I lied about jailhouse sex, says shrink**

http://www.nydailynews.com/news/ny_c...ys_shrink.html

**I lied about jailhouse sex, says shrink**

BY JOHN MARZULLI
DAILY NEWS STAFF WRITER

Saturday, March 8th 2008, 4:00 AM

A former prison psychologist who had sex romps with an inmate she was supposed to be treating Friday pleaded guilty to lying about them.

Federal prosecutors were ready to play tapes of sexy shrink **Magdalena Sanchez** having steamy telephone conversations with reputed Bloods gang member **Demetrius Hill** about their sex sessions at the Metropolitan Detention Center in Brooklyn.

Sanchez, 35, copped to making a false statement, not the sexual abuse charge. She faces up to six months in jail.

"I was asked if I had a sexual relationship with the inmate and I said I had not, when in fact I had a sexual relationship with the inmate," she told Magistrate Ramon Reyes. "I knew I was not telling the truth."

Sanchez, who has a Ph.D. and worked for the NYPD before joining the Bureau of Prisons in 2005, is married to an investment banker and lives at Trump Place on the upper West Side. Her husband has not accompanied Sanchez to any court appearance since her arrest last April.

State Education Department records show that Sanchez's license to practice psychology has lapsed. She told the judge she is receiving "support therapy" from a doctor.

Hill, serving 20 years on gun-related charges, has sued the government on the grounds that he was sexually harassed by a male guard who demanded to be called "Peaches."

---

Those who find the truth hateful just hate hearing the truth.

A mind is a terrible thing to waste.....on a nigger.

If you're not catching flak, you're not over the target.

### The Bobster ⊃
**News Editor**

Join Date: Jan 2004
Posts: 9,437

**Re: Rich White Husband Cuckolded by His Dirty Sanchez With Jailed Coon**

http://www.nydailynews.com/news/ny_c...psycholog.html

**Inmate who had sex with prison psychologist files civil rights suit**

BY JOHN MARZULLI
DAILY NEWS STAFF WRITER

Tuesday, March 18th 2008, 4:00 AM

An inmate who had sex with a prison psychologist is suing federal prosecutors for intercepting their phone chats, the Daily News has learned.

**Demetrius Hill**, 29, contends that not only were his civil rights violated, but someone might think he consented to the monitoring - which would make him a rat.

"To be known in [Hill's] community or in the prison system as has having worked as an informant, has proved fatal(!)" Hill wrote in the complaint scrawled in longhand from a federal prison, where he is serving a 20-year sentence on gun-related charges.

The suit was filed in Long Island Federal Court - the same day ex-prison psychologist Magdalena Sanchez pleaded guilty this month in Brooklyn to lying about her sex romps with the inmate.

Sanchez, 35, is married, has a Ph.D. and worked for the NYPD before landing a job with the Bureau of Prisons. She admitted she lied to investigators when she originally denied having sex with the inmate.

Prosecutors came up empty for DNA evidence at the scene of the crime in Sanchez's office at the Metropolitan Detention Center in Brooklyn, but were ready to play jailhouse tapes of the sexy shrink having steamy telephone conversations with Hill, a reputed Bloods gang member.

Hill denies having sex with Sanchez.

Those who find the truth hateful just hate hearing the truth.

A mind is a terrible thing to waste.....on a nigger.

If you're not catching flak, you're not over the target.





◄ Previous Thread | Next Thread ►

Currently Active Users Viewing This Thread: 1 (0 members and 1 guests)

| Posting Rules | |
|---|---|
| You **may not** post new threads | |
| You **may not** post replies | |
| You **may not** post attachments | |
| You **may not** edit your posts | |
| | |
| vB code is **On** | |
| Smilies are **On** | |
| [IMG] code is **On** | |
| HTML code is **Off** | |

**Forum Jump**                                                                              Go

All times are GMT -7. The time now is ...

-- Default Style                                             Contact Us - New Nation News - Archive - Top

Powered by vBulletin® Version 3.6.8
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.